IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER DUPREE,

      Petitioner,                    No. CIV S-02-1160 FCD GGH P

  vs.

ERNEST ROE, Warden, et al.,

      Respondents.              <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 18, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations (in the form of a request for a review of previous briefing).

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and

1

1 | by proper analysis.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1. The findings and recommendations filed December 18, 2007, are adopted in

4 | full; and

5 |     2. No claim in this petition is granted, and the entire petition is denied.

6 | DATED: February 27, 2008.

                  /s/ Frank C. Damrell, Jr.
                  FRANK C. DAMRELL, JR.
                  UNITED STATES DISTRICT JUDGE