**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA 95814**
*(916) 498-5700 Fax: (916) 498-5710*

*Daniel J. Broderick*
*Federal Defender*

*Linda Harter*
*Chief Assistant Defender*

March 27, 2008

**FILED**

MAR 2 8 2008

CLERK, U.S. DISTRICT **COURT**
EASTERN DISTRICT OF **CALIFORNIA**
BY _____
DEPUTY CLERK

Mr. John Ward
Attorney at Law
584 Castro Street, #802
San Francisco, CA 94114

Re:   **Dupree v. Roe**
      **Civ.S-02-1160-FCD/GGH**

Dear Mr. Ward:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows,
U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record
until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services
rendered.   Also enclosed is an instruction sheet discussing the use of the forms.

If we may be of any further assistance regarding the processing of the enclosed form,
preparation of form CJA 21 for expert services, or in reference to any other matter pertaining
to this case,  please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:   Clerk's Office
      Ninth Circuit Court of Appeals

**CJA 20  APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (5-99)**

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 09C | DUPREE, Christopher | | | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST. DKT/DEF. NUMBER | 5. APPEALS DKT/DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| | Civ.S-02-1160-FCD/GGH | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| Dupree v. Roe | ☐ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☑ Appeal | ☐ Adult Defendant  ☒ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other: | CA |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.

Appeal from the denial of a habeas corpus

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Mr. John P. Ward, Esq.<br>584 Castro Street, #802<br>San Francisco, CA 94114<br><br>Telephone Number:  (415) 255-4996 | ☑ O Appointing Counsel  ☐ C Co-Counsel<br>☐ F Subs For Federal Defender  ☐ R Subs For Retained Atty.<br>☐ P Subs For Panel Attorney  ☐ Y Standby Counsel<br><br>Prior Attorney's Name: _____<br>Appointment Date: _____<br>☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other (See Instructions) |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | GREGORY G. HOLLOWS<br>Signature of Presiding Judicial Officer or By Order of the Court<br>March 31, 2008           3/2/08<br>Date of Order           Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time of appointment.   ☐ YES   ☐ NO |

**CLAIM FOR SERVICES AND EXPENSES** — **FOR COURT USE ONLY**

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $100.00) TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and other work (Specify on additional sheets) | | | | | |
| | (RATE PER HOUR = $ ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |
| | GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|
| FROM: _____  TO: _____ | | |

**22. CLAIM STATUS**   ☐ Final Payment   ☐ Interim Payment Number ____   ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this case?  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☐ YES  ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____   Date _____

**APPROVED FOR PAYMENT — COURT USE ONLY**

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOT. AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
|---|---|---|---|
| | | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

1    John Ward
     584 Castro Street, #802
2    San Francisco, California 94114
     (415) 255- 4996
3    State Bar No. 102449

4    Counsel for Petitioner
     CHRISTOPHER DUPREE

5

6              IN THE UNITED STATES DISTRICT COURT

7         FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    CHRISTOPHER DUPREE,         No.  CIV S-02-1160 FCD GGH P

10            Petitioner,

11        v.                **PETITIONER'S NOTICE OF**
                            **APPEAL AND REQUEST FOR**
12    ERNEST ROE, Warden, et al.,      **CERTIFICATE OF**
                            **APPEALABILITY**
13            Respondents.

14

15       TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN
      DISTRICT OF CALIFORNIA:

16

17       NOTICE is hereby given that petitioner appeals to the United States Court of

18 Appeals for the Ninth Circuit from the order and judgment of the district court entered on

19 February 28, 2008, denying the petition for habeas corpus. Petitioner also requests this

20 court issue a certificate of appealability. See 28 U.S.C. §2253; Slack v. McDaniel, 529

21 U.S. 473 (2000).

                    **CLAIMS TO BE RAISED ON APPEAL**

22 I.     THE TRIAL COURT DEPRIVED PETITIONER OF A FAIR TRIAL

23        AND THE RIGHT TO PRESENT A DEFENSE BY ITS INSTRUCTION

24        RELATING TO WHETHER OR NOT THERE WAS A "CLAIM OF

25        RIGHT" TO THE SAFE THAT THE PERPETRATORS ALLEGEDLY

26        SOUGHT TO OBTAIN IN THIS EPISODE

27

28

1  II.    THE CALIFORNIA TRIAL COURT DEPRIVED PETITIONER OF HIS
2         DUE PROCESS RIGHT TO PRESENT A DEFENSE WHEN IT FAILED
3         TO INSTRUCT THE JURY THAT ANY INTENT TO STEAL IN THIS
4              CASE MUST HAVE PRECEDED THE KILLING IN ORDER FOR SPECIAL CIRC
5  III.   THERE WAS INSUFFICIENT EVIDENCE TO SUPPORT A VERDICT OF
6         MURDER WITH SPECIAL CIRCUMSTANCES.
7  IV.    PETITIONER   WAS   PREJUDICIALLY   DENIED   EFFECTIVE
8         ASSISTANCE OF COUNSEL BY TRIAL COUNSEL'S FAILURE TO
9         INVESTIGATE AND PRESENT ALIBI WITNESSES AND TO MOVE
10        FOR RELIEF UPON BEING APPRIZED THAT A JUROR WAS
11        ASLEEP.

12              **STANDARDS FOR CERTIFICATE OF APPEALABILITY**

13       To obtain a certificate of appealability, a habeas corpus petitioner "need not show
14  that he should prevail on the merits." Barefoot v. Estelle, 463 U.S. 880, 893 n.4 (1983).
15  A claim warrants issuance of a certificate if it presents a "question of some substance,"
16  i.e., an issue (i) that is "'debatable among jurists of reason'"; (ii) "'that a court could
17  resolve in a different manner'"; (iii) that is "'adequate to deserve encouragement to
18  proceed further'"; or (iv) that is not "squarely foreclosed by statute, rule, or authoritative
19  court decision, or . . . [that is not] lacking any factual basis in the record." Id., at 893 n.
20  4, 894. [1] Petitioner submits that the claims listed above meet the foregoing standards, and
21  that a certificate of probable cause should therefore issue.

22
23
24
25
26  _____
27       1. Barefoot involved the showing required, under pre-AEDPA law, for issuance
of a certificate of probable cause. The same standard applies under §2253(c). Slack,
28  supra.

1

## CONCLUSION

2    For the reasons set forth above and in the Third Amended Petition and Reply

3  Memorandum, and based on the authorities cited therein, the COA should be granted.

4  DATED:    March 2, 2008

5

6            Respectfully submitted,

7

8            /s/
             John Ward
9            Counsel for Petitioner

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28